AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tigar, Jon S. | U.S. District Court for the Northern District of California | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Trust #1 |
| 2. | Director | Trust #2 |
| 3. | Director | Trust #3 |
| 4. | Director | Trust #4 |
| 5. | Director | Trust #5 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2013 | State of California -- - Salary (prior judicial employment) | $19,908.81 |
| 2. 2013 | County of Alameda, CA - Salary (prior judicial employment) | $1,643.51 |
| 3. 2013 | Matthew Bender -- Publishing royalties | $4,714.95 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2013 | The Durfee Foundation - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Antitrust Institute | 8/22/2013-8/24/2013 | Palo Alto, CA | Judicial education seminar | Lodging, meals, mileage |
| 2. | American Law Institute | 9/25/2013-9/26/2013 | Philadelphia, PA | Advisers' meeting | Lodging, meals, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Driehaus Emerging Markets Growth Fund | B | Dividend | K | T | | | | | |
| 2. Fidelity International Discovery Fund | A | Dividend | K | T | | | | | |
| 3. PRIMECAP Odyssey Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 4. RidgeWorth Intermediate Bond Fund | C | Dividend | K | T | | | | | |
| 5. TIAA-CREF Traditional Annuity | | None | K | T | | | | | |
| 6. Vanguard Dividend Appreciation Index Fund | B | Dividend | L | T | Sold (part) | 09/23/13 | J | | |
| 7. Vanguard Mid-Cap Index Fund | A | Dividend | K | T | | | | | |
| 8. Vanguard Prime Money Market Fund | A | Dividend | N | T | | | | | |
| 9. Vanguard Small-Cap Growth Index Fund | A | Dividend | L | T | | | | | |
| 10. Schwab Money Market Accounts -- Cash | D | Interest | O | T | Buy | 05/31/13 | O | | |
| 11. Bank of America Accounts | A | Int./Div. | J | T | | | | | |
| 12. Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 13. -- Avery Dennison Common Stock (X) | | | | | | | | | |
| 14. -- Eaton Vance Tax- Managed Emerging Markets Fund | | | | | | | | | |
| 15. -- Fidelity International Discovery Fund | | | | | | | | | |
| 16. -- Nuveen Real Estate Securities Fund Class A | | | | | | | | | |
| 17. -- Oakmark Global Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- PIMCO Total Return Fund III | | | | | | | | | |
| 19. -- PRIMECAP Odyssey Aggressive Growth Fund | | | | | | | | | |
| 20. -- Ridgeworth Intermediate Bond Fund | | | | | | | | | |
| 21. -- RS Partners A Fund | | | | | | | | | |
| 22. -- Schwab 1000 Index Fund (X) | | | | | | | | | |
| 23. -- Vanguard Dividend Appreciation Index Fund | | | | | | | | | |
| 24. -- Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 25. -- Vanguard Prime Money Market Fund | | | | | Sold (part) | 07/12/13 | K | | |
| 26. -- Vanguard Small-Cap Growth Index Fund | | | | | | | | | |
| 27. -- Wasatch Small Cap Growth Index Fund (X) | | | | | | | | | |
| 28. Trust #2 | D | Int./Div. | M | T | | | | | |
| 29. -- Avery Dennison Common Stock | | | | | | | | | |
| 30. -- Driehaus Emerging Markets Growth Fund | | | | | | | | | |
| 31. -- Fidelity International Discovery Fund | | | | | | | | | |
| 32. -- PRIMECAP Odyssey Aggressive Growth Fund | | | | | | | | | |
| 33. -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 34. -- Vanguard Dividend Appreciation Index Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #3 | D | Int./Div. | M | T | | | | | |
| 36. -- Century Small Cap Select Fund | | | | | | | | | |
| 37. -- Fidelity International Discovery Fund | | | | | | | | | |
| 38. -- PRIMECAP Odyssey Aggressive Growth Fund | | | | | | | | | |
| 39. -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 40. Trust #4 | C | Int./Div. | L | T | | | | | |
| 41. -- Avery Dennison Common Stock | | | | | | | | | |
| 42. -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 43. -- Vanguard Dividend Appreciation Index Fund | | | | | | | | | |
| 44. Trust #5 | C | Int./Div. | M | T | | | | | |
| 45. -- Century Small Cap Select Fund | | | | | | | | | |
| 46. -- Driehaus Emerging Markets Growth Fund | | | | | | | | | |
| 47. -- Fidelity International Discovery Fund | | | | | | | | | |
| 48. -- PRIMECAP Odyssey Aggressive Growth Fund | | | | | | | | | |
| 49. -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 50. -- Vanguard Dividend Appreciation Index Fund | | | | | | | | | |
| 51. Trust #6 (X) | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Arbitrage Fund Class I | | | | | | | | | |
| 53. -- DFA Global Real Estate Securities I | | | | | | | | | |
| 54. -- PIMCO Commodity Real Return Strategy Fund | | | | | | | | | |
| 55. -- Vanguard 500 Index Fund | | | | | | | | | |
| 56. -- Vanguard Extended Market Index Fund | | | | | | | | | |
| 57. -- Vanguard FTSE All-World Ex-US Index Fund | | | | | | | | | |
| 58. -- Vanguard Short Term Investment Grade Fund | | | | | | | | | |
| 59. -- Vanguard Small Cap Index Fund | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tigar, Jon S. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets marked with an (X) in Trust #1 in Part VII formerly appeared at lines 1, 6, and 12 of the 2012 Financial Disclosure Form. These assets were transferred into Trust #1, and so now appear in that section at lines 13, 22, and 27 of Part VII. No assets were purchased or sold as part of this transfer.

Trust #6 was established by a grantor and a beneficial interest was transferred to my spouse since the filing of my 2012 Financial Disclosure Form. That trust and the assets in it appear for the first time here for that reason.

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jon S. Tigar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544